# Court of Appeals
# of the State of Georgia

ATLANTA, July 11, 2024

*The Court of Appeals hereby passes the following order*

## A24I0239. COOPER & COMPANY GENERAL CONTRACTORS, INC. v. ADONIS HEARD et al.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2022CV363162



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, July 11, 2024.

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, Clerk.